CC TO JUDGE _____ pm

THE HONORABLE JOHN C COUGHENOUR

FILED _____ ENTERED
LODGED _____ RECEIVED

NOV 8 2001 PM

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

QUINTON INC,

    Plaintiff,

v

AGILENT TECHNOLOGIES, INC, et al,,

    Defendants

No C00-1705C

**QUINTON'S MOTION FOR REDESIGNATION OF AEO RECORDS AND FOR A PROTECTIVE ORDER**

[FILED UNDER SEAL]

Note for November 23, 2001

In August, defendants ...

CV 00-01705 #00000057

QUINTON'S MOTION FOR REDESIGNATION OF AEO
RECORDS AND FOR A PROTECTIVE ORDER - 1
117533 0001/869842 1

ORIGINAL

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000